Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

THOMAS BLAIN STEWART
MINDY GAYLE STEWART

CASE NO: 12-10336-RLJ-13
HEARING DATE:  8/26/2013
HEARING TIME:  11:00 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | AES | $12,068.00 | 013 0 U | ASPIRE/CB&T | $852.00 |
| 015 0 U | CAP ONE | $547.00 | 019 0 U | HSBC | $3,912.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | A+ FEDERAL CREDIT UNION | 2009 CHEVY SILVERADO 1500 | $14,715.41 | $18,150.00 | 6.00% | 52 | $362.75 PAID BY TRUSTE |
| 009 0 | SANTANDER CONSUMER USA | 2010 KIA FORTE-- SURRENDERED | $13,122.40 | $12,975.00 | | | SURRENDERED |
| 010 0 * | COUNTRYPLACE MORTGAGE | 180 POWELL RD SMITHVILLE, TX--STAY LIFTED/SURRENDERED | $0.00 | $133,907.00 | | | SURRENDERED |
| 021 0 | WELLS FARGO FINANCIAL NATIONAL BANK | PURCHASES/MATTRESS FIRM | $2,093.31 | $2,093.31 | 6.00% | 52 | $51.60 PAID BY TRUSTE |
| **PRIORITY CREDITORS** | | | | | | | |
| 003 0 | INTERNAL REVENUE SERVICE | 2011 UNAS LIAB TAXES  - WITHDRAWN | $1,000.00 | | | | CLAIM WITHDRAWN |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 009 1 U | SANTANDER CONSUMER USA | $147.40 | 011 0 U * | ECMC | $34,654.96 |
| | SPLIT CLAIM/2010 KIA | | | STUDENT LOAN/CIT ED | |
| 014 0 U | ASSET ACCEPTANCE LLC | $4,354.29 | 016 0 U | CAPITAL ONE BANK NA | $1,111.76 |
| | PURCHASES/FELL FIN CITI ON LINE BANK | | | PURCHASES | |
| 017 0 U | CAPITAL LOANS | $165.67 | 018 0 U | BECKET & LEE LLP | $767.35 |
| | LOAN | | | PURCHASES/CHASE | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 020 0 U | JEFFERSON CAPITAL SYSTEMS LLC | $311.75 | | 022 0 U | AMERICAN INFOSOURCE | $1,624.41 |
| | *PURCHASES/ASPEN CARD* | | | | *PURCHASES/SHERMAN ORIGINATOR* | |
| 023 0 U | SECURITY FINANCE DBA SFCTX | $1,125.00 | | 024 0 U | USAA FEDERAL SAVINGS BANK | $1,497.20 |
| | *PURCHASES* | | | | *PURCHASES* | |
| 034 0 U * | JEFFERSON CAPITAL SYSTEMS LLC | $269.83 | | 036 0 U * | WORLD FINANCE CORPORATION | $977.37 |
| | *SERVICES/WELLS FARGO BANK CHECKING* | | | | *LOAN* | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |
| 047 0 U * | BECKET & LEE LLP | $4,639.91 | | 048 0 U * | AMERICAN INFOSOURSE LP | $941.35 |
| | *PURCHASES/BEST BUY* | | | | *SERVICES* | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |
| 050 0 U * | PRA RECEIVABLES MANAGEMENT | $1,435.25 | | 051 0 U * | ABILENE PHYSICIANS GROUP DCF | $230.00 |
| | *PURCHASES/GE MONEY RETAIL BANK* | | | | *MEDICAL SERVICES* | |
| | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Beginning 12/7/2012 debtor shall make 3 payments of $675.00. Beginning 3/7/2013 debtor shall make 56 payments of $500.00. On 11/7/2017 debtor shall make a balloon payment of $72,100.00; for a total plan contribution of $102,125.00. Plan pays 100% to general unsecured creditors who timely filed claims plus 6% interest from date of confirmation, 3/27/2013.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 8/26/2013 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   7/3/2013                                                                  /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

A+ FEDERAL CREDIT UNIO 6200 GUADALUPE ST  AUSTIN TX 78752
A+ FEDERAL CREDIT UNION PO BOX 14867  ABILENE TX 78761
AARONS LEASE 3502 CATCLAW  ABILENE TX 79606
ABILENE PHYSICIANS GROUP DCF C/O PASI PO BOX 188 BRENTWOOD TN 37024
AES / PHEAA PO BOX 8147  HARRISBURG PA 17105
AES 1200 N 7TH ST  HARRISBURG PA 17102
AES/PHEAA PO BOX 8183  HARRISBURG PA 17105
AMERICAN INFOSOURCE MIDLAND FUNDING INC PO BOX 268941 OKLAHOMA CITY OK 73126
AMERICAN INFOSOURSE LP DIRECTV LLC MAIL STATION N387 2230 E IMPERIAL HWY EL SEGUNDO CA 90245
ASPIRE/CB&T ATTENTION: SPECIAL ASSETS 1000 VETERANS PARKWAY GROUND FLOOR COLUMBUS GA 31901
ASSET ACCEPTANCE LLC PO BOX 1630  WARREN MI 48090
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
BARRETT DAFFIN FRAPPIER TURNER & ENGEL 15000 SURVEYOR BLVD STE 100  ADDISON TX 75001
BECKET & LEE LLP ATTORNEYS AT LAW 16 GENERAL WARREN, PO BOX 3001 MALVERN PA 19355
CAP ONE PO BOX 5253  CAROL STREAM IL 60197
CAPITAL LOANS WORLD ACCEPTANCE CORPORATION PO BOX 6429  BANKRUPTCY PROCESSING CTR GREENVILLE SC 29606
CAPITAL ONE BANK NA BY AMERICAN INFOSOURCE LP PO BOX 71083 CHARLOTTE NC 28272
CAPITAL ONE NA CAPITAL ONE BANK -USA NA PO BOX 30285 SALT LAKE  CITY UT 84130
CAPITOL LOANS 3658 N 6TH ST  ABILENE TX 79603
CHASE PO BOX 15298  WILMINGTON DE 19850
COUNTRYPLACE MORTGAGE PO BOX 202742  DALLAS TX 75320
ECMC LOCKBOX 8682 PO BOX 16478 ST PAUL MN 55116
ECMC PO BOX 75906  ST PAUL MN 55175
HSBC NOH  BANKRUPTCY DEPT PO BOX 5263 CAROL STREAM IL 60197
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JEFFERSON CAPITAL 16 MCLELAND RD  SAINT CLOUD MN 56303
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
JIM MABE 2742 FM 89  BUFFALO GAP TX 79508
MATTRESS FRM PO BOX 94498  LAS VEGAS NV 89193
MIDLAND FUNDING 8875  AERO DR STE 200  SAN DIEGO CA 92123
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
SANTANDER CONSUMER USA PO BOX 560284  DALLAS TX 75356
SANTANDER CONSUMER USA PO BOX 961245  FT WORTH TX 76161
SECURITY FIN SFC CENTRALIZED BANKRUPTCY PO BOX 1893 SPARTANBURG SC 29304
SECURITY FINANCE DBA SFCTX CENTRAL BANKRUPTCY AND REC DEPARTMENT PO BOX 1893 SPARTANBURG SC 29304
THOMAS BLAIN STEWART & MINDY GAYLE STEWART 2742 B FM 89  BUFFALO GAP TX 79508
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
USAA FEDERAL SAVINGS BANK C/O WEINSTEIN & RILEY PO BOX 3978 SEATTLE WA 98124
USAA FEDERAL SAVINGS BANK C/O WEINSTEIN AND RILEY PS 2001 WESTERN AVENUE  STE 400 SEATTLE WA 98121
USAA SAVINGS BANK PO BOX 33009  SAN ANTONIO TX 78265
WELLS FARGO BANK NA PO BOX 10438  DES MOINES IA 50306
WELLS FARGO FINANCIAL NATIONAL BANK PO BOX 660431  DALLAS TX 75266
WORLD FINANCE CORPORATION 333 VALLEY HI DRIVE SUITE 2203 & 2205  SAN ANTONIO TX 78227
WORLD FINANCE CORPORATION WORLD ACCEPTANCE CORP ATTN  BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606