Larry R. Lewis
State Bar No. 12296300
Monte J. White & Associates
402 Cypress, Suite 310
Abilene, Texas 79601
(325) 673-6699
(325) 672-9227 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-10336-RLJ-13 |
| ESTATE OF THOMAS BLAIN STEWART | § | |
| | § | |
| MINDY GAYLE STEWART | § | |
| DEBTORS | | |

NOTICE OF DEBTORS' ADDRESS CHANGE

COME NOW ESTATE OF THOMAS BLAIN STEWART and MINDY GAYLE STEWART, Debtors, and file this *Notice of Debtors' Address Change*. Attorney for Debtors hereby notifies proper address for service on Debtors is:

Estate of Thomas Blain Stewart
Mindy Gayle Stewart
510 Circle Way Street
Lake Jackson, TX 77566

Respectfully submitted,

/s/Larry R. Lewis
Attorney for Debtor